# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wetherell, II, Thomas K. | U.S. District Court, Northern District of Florida | 4/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Winston E. Arnow Federal Building
100 North Palafox Street
Pensacola, FL 32502

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judge | State of Florida, First District Court of Appeal (through 7.12.19) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | State of Florida Retirement System defined benefit pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wetherell, II, Thomas K. | 4/20/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Florida, salary | $89,660.26 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wetherell, II, Thomas K. | 4/20/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wetherell, II, Thomas K.** | 4/20/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Account #1 (H) | | | | | | | | | |
| 2. - Allanzgi Focused Growth Fund (PGWCX) | E | Distribution | M | T | | | | | |
| 3. -Alcon common stock (ALC) | | None | J | T | Spinoff (from line 25) | 04/09/19 | J | | |
| 4. - Allstate common stock (ALL) | D | Dividend | N | T | | | | | |
| 5. - Altria Group common stock (MO) | C | Dividend | L | T | | | | | |
| 6. - AT&T common stock (T) | A | Dividend | K | T | | | | | |
| 7. - Boulder Growth and Income Fund (BIF) | A | Dividend | J | T | | | | | |
| 8. - Bristol Myers common stock (BMY) | B | Dividend | L | T | | | | | |
| 9. - Cigna common stock (CI) | A | Dividend | J | T | | | | | |
| 10. - Coca Cola common stock (KO) | B | Dividend | K | T | | | | | |
| 11. - Comcast common stock (CMCSA) | B | Dividend | K | T | | | | | |
| 12. - Discover Financial Services common stock (DFS) | B | Dividend | L | T | | | | | |
| 13. - Edison International common stock (EIX) | C | Dividend | M | T | | | | | |
| 14. - Frontier Communications common stock (FTR) (X) | | None | J | T | | | | | |
| 15. - International Paper Company common stock (IP) | A | Dividend | J | T | | | | | |
| 16. - International Speedway Corporation common stock (ISCA) | A | Dividend | | | Redeemed | 10/18/19 | J | A | |
| 17. - Invesco America Fund (VAFAX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Kraft Heinz common stock (KHC) | A | Dividend | J | T | | | | | |
| 19. - Lands End common stock (LE) | | None | J | T | | | | | |
| 20. - Merck common stock (MRK) | C | Dividend | M | T | | | | | |
| 21. - MFS Government Income Fund (MGF) | A | Dividend | J | T | | | | | |
| 22. - Mondalez International common stock (MDLZ) | A | Dividend | K | T | | | | | |
| 23. - Morgan Stanley common stock (MS) | C | Dividend | M | T | | | | | |
| 24. - Morgan Stanley money market account | A | Interest | M | T | | | | | |
| 25. - Novartis common stock (NVS) | B | Dividend | L | T | | | | | |
| 26. - Oracle common stock (ORCL) | A | Dividend | K | T | | | | | |
| 27. - Pepsico common stock (PEP) | A | Dividend | K | T | | | | | |
| 28. - Pfeizer common stock (PFE) | A | Dividend | K | T | | | | | |
| 29. - PGIM National Mutual Fund (PRNMX) | A | Dividend | K | T | | | | | |
| 30. - Philip Morris common stock (PM) | D | Dividend | M | T | | | | | |
| 31. - PNM Resources common stock (PNM) | A | Dividend | K | T | | | | | |
| 32. - Sanofi common stock (SNY) | A | Dividend | K | T | | | | | |
| 33. - Teradata Corporation common stock (TDC) (Y) | | | | | | | | | |
| 34. - Verizon common stock (VZ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wetherell, II, Thomas K. | 4/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Walt Disney Company common stock (DIS) | B | Dividend | M | T | | | | | |
| 36. - Yum Brands common stock (YUM) | A | Dividend | J | T | | | | | |
| 37. - Yum China common stock (YUMC) | A | Dividend | J | T | | | | | |
| 38. - Zimmer Holdings common stock (ZBH) | A | Dividend | J | T | | | | | |
| 39. Investment Account #2 (H) | | | | | | | | | |
| 40. - Microsoft common stock (MSFT) | A | Dividend | L | T | | | | | |
| 41. - Morgan Stanley money market account | A | Interest | K | T | | | | | |
| 42. - Pfeizer common stock (PFE) | A | Dividend | J | T | | | | | |
| 43. Investment Account #3 (H) | | | | | | | | | |
| 44. - Morgan Stanley money market account | A | Interest | K | T | | | | | |
| 45. American Century IRA (H) | | | | | | | | | |
| 46. - American Century Select Fund (TWCIX) | D | Dividend | M | T | | | | | |
| 47. DWS Scudder Roth IRA #1 (H) | | | | | | | | | |
| 48. - DWS Capital Growth Fund (SCGSX) | B | Dividend | K | T | | | | | |
| 49. - DWS Large Capital Focused Growth Fund (SCQGX) | C | Dividend | L | T | | | | | |
| 50. DWS Scudder Roth IRA #2 (H) | | | | | | | | | |
| 51. - DWS Capital Growth Fund (SCGSX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wetherell, II, Thomas K. | 4/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - DWS Large Capital Focused Growth Fund (SCQGX) | D | Dividend | M | T | | | | | |
| 53.   DWS Scudder SEP Plan (H) | | | | | | | | | |
| 54.   - DWS Managed Mutual Bond Fund (SMLAX) | A | Dividend | J | T | | | | | |
| 55.   - DWS Core Equity Fund (SUWAX) | A | Dividend | K | T | | | | | |
| 56.   - DWS CROCI US Fund (DCUAX) | A | Dividend | J | T | | | | | |
| 57.   Vangaurd IRA #1 (H) | | | | | | | | | |
| 58.   - Vanguard Value Index Fund (VVIAX) | B | Dividend | L | T | | | | | |
| 59.   Vanguard IRA #2 (H) | | | | | | | | | |
| 60.   - Vangaurd Morgan Growth Fund (VMRAX) | C | Dividend | L | T | | | | | |
| 61.   Vanguard IRA #3 (H) | | | | | | | | | |
| 62.   - Vanguard Target Retirement 2060 Fund (VTTSX) | A | Dividend | J | T | | | | | |
| 63.   Vanguard IRA #4 (H) | | | | | | | | | |
| 64.   - Vanguard Federal Money Market Fund | A | Dividend | J | T | Open | 04/15/19 | J | | |
| 65.   Section 457(b) Plan (H) | | | | | | | | | |
| 66.   - Vanguard MidCap 400 Index Fund (VSPMX) | B | Dividend | M | T | | | | | |
| 67.   - MSIF Growth Fund (VINIX) | E | Dividend | N | T | | | | | |
| 68.   - Vanguard Institutional Index Fund (VINIX) | B | Dividend | M | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wetherell, II, Thomas K. | 4/20/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - NRS Florida Fixed Fund | | None | K | T | | | | | |
| 70. Wells Fargo IRA (H) | | | | | | | | | |
| 71. - Wells Fargo certificate of deposit | A | Interest | K | T | | | | | |
| 72. Alger International Growth Fund (ALGAX) | A | Dividend | J | T | | | | | |
| 73. Bank of America common stock (BAC) | B | Dividend | L | T | | | | | |
| 74. Commonwealth Annuity (H) | | | | | | | | | |
| 75. - Columbia Strategic Income Fund (COSIX) | | None | N | T | | | | | |
| 76. DWS CROCI International Fund (SCINX) | A | Dividend | K | T | | | | | |
| 77. Edison International common stock (EIX) | C | Dividend | M | T | | | | | |
| 78. Florida College Prepaid Plan #1 | C | Distribution | J | W | | | | | |
| 79. Florida College Prepaid Plan #2 | | None | K | W | | | | | |
| 80. Undeveloped land, St. Johns County, Florida (50% interest) | | None | J | S | | | | | |
| 81. Vangaurd 500 Index Fund (VFIAX) | B | Dividend | M | T | | | | | |
| 82. Vanguard Windsor II Fund (VWNAX) | D | Dividend | N | T | | | | | |
| 83. Suntrust cash accounts | A | Interest | N | T | | | | | |
| 84. Suntrust certificate of deposit | A | Interest | N | T | Open | 07/08/19 | N | | |
| 85. Wells Fargo cash accounts | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A, line 1: Salary as state judge prior to appointment to federal court

Part VII, line 78: Estimated based on plan's unused credit hours (41) multiplied by current tuition/fee rate ($215.55 per credit hour).

Part VII, line 79: Estimated based on plan's unused credit hours (120) multiplied by current tuition/fee rate ($215.55 per credit hour), plus unused dorm semesters (2) multiplied by current dorm rate ($3,340 per semester).

Part VII, line 80: Per the St. Johns County Property Appraiser's website, the land's assessed value for tax purposes on 1/1/2019 was $6,565 and its market value was $12,625.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas K. Wetherell, II**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544